IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD BLOCK**                                                                 **PLAINTIFF**
**ADC #130743**

v.                                    Case No. 4:20-cv-00208-KGB

**FRANK SPAIN, Prosecutor,**                                                      **DEFENDANTS**
**Drew County,** *et al.*

## ORDER

Plaintiff Richard Block, an inmate at the Drew County Detention Center, filed a *pro se* complaint on February 27, 2020 (Dkt. No. 1). On January 19, 2021, the Court denied as incomplete Mr. Block's application to proceed *in forma pauperis* (Dkt. Nos. 3, 4). The January 19, 2021, Order directed Mr. Block either to: (1) pay the statutory filing fee in full or (2) file a properly completed application to proceed *in forma pauperis* within 30 days, or by Thursday, February 18, 2021 (*Id.*). Mr. Block was advised that, if he failed to do so timely, this case would be dismissed without prejudice. Local Rule 5.5(c)(2) of the *Local Rules for the Eastern and Western Districts of Arkansas* provides: "If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice." A copy of the Court's January 19, 2021, Order was mailed to Mr. Block at his address of record along with a Form AO-240 application to proceed *in forma pauperis* (Dkt. No. 4).

As of the date of this Order, Mr. Block has not complied with the Court's Order of January 19, 2021, and the time for doing so has passed. Accordingly, this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So ordered this 9th day of December, 2022.

                                                                     _____
                                                                     Kristine G. Baker
                                                                     United States District Judge